**Hugo Chambliss, appellee, v. Marquette Life Insurance Company, appellant.**
Action to recover on life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Pulaski county; the Hon. William

N. Butler, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Frank L. Trutter and Wall & Martin, for appellant. Charles L. Rice and C. S. Miller, for appellee.

Mr. Justice Higbee delivered the opinion of the court.